UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware limited liability company,<br><br>               Plaintiff,<br>  v.<br><br>GILBERT AUTO FORD, LLC, a Washington limited liability company; MARK W. GILBERT,<br><br>               Defendants. | Case No. 2:13-cv-00104-BLW<br><br>**ORDER** |

      On July 19, 2013, the Court granted the Motion to Withdraw as Counsel of Record for Defendants (Dkt. 36). In that Order, the Court stated that withdrawing counsel shall continue to represent Defendants, pursuant to Dist. Idaho Loc. Civ. R. 83.6(c)(2) until proof of service of this Order on the client has been filed with the Court, or alternatively, until such time as Defendants notify the Court in writing that they have received the Court's Order. Counsel filed proof of service on July 22, 2013.

      The Court further noted that Defendants would have twenty-one (21) days from the filing of the proof of service by the withdrawing attorney to file written notice with the Court stating how and by whom it will be represented. The Court explained that if Defendants failed to appear in this action, either in person or through a newly appointed attorney within that twenty-one (21) day period, such failure shall be grounds for a default and judgment being entered against Defendants without further notice. Twenty-

one days have passed since the filing of the proof of service, but Defendants have not filed written notice with the Court stating how and by whom it will be represented. Accordingly, default and judgment is warranted. Accordingly,

**IT IS HEREBY ORDERED** that default be entered in favor of Ford Motor Credit Company, LLC, and against Defendants Gilbert Auto Ford, LLC and Mark W. Gilbert on all claims.

**IT IS FURTHER ORDERED** that given the default judgment entered here, Plaintiff's Motion for Summary Judgment (Dkt. 29) is **DEEMED MOOT**.

**IT IS FURTHER ORDERED** that a separate judgment shall be entered in accordance with Fed. R. Civ. P. 58.

DATED: August 27, 2013

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 2**