UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware limited liability company, | Case No. 2:13-cv-00104-BLW |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GILBERT AUTO FORD, LLC, a Washington limited liability company; MARK W. GILBERT, | |
| Defendants. | |

In accordance with the Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUGDE and DECREED** that Judgment be

entered in favor of Ford Motor Credit Company, LLC, and against Defendants Gilbert

Auto Ford, LLC and Mark W. Gilbert on all claims.

DATED: August 27, 2013

B. Lynn Winmill
Chief Judge
United States District Court

**JUDGMENT - 1**