UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware limited liability company,<br><br>                Plaintiff,<br>  v.<br><br>GILBERT AUTO FORD, LLC, a Washington limited liability company; MARK W. GILBERT,<br><br>                Defendants. | Case No. 2:13-cv-00104-BLW<br><br>**AMENDED JUDGMENT** |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUGDE and DECREED** that Judgment be entered in favor of Ford Motor Credit Company, LLC, and against Defendants Gilbert Auto Ford, LLC and Mark W. Gilbert in the amount of $572,208.42.

DATED: November 4, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

**AMENDED JUDGMENT - 1**