UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br>  v.<br><br>GILBERT AUTO FORD, LLC, a Washington limited liability company; MARK W. GILBERT,<br><br>        Defendants. | Case No. 2:13-cv-00104-BLW<br><br>**ORDER** |

      The Court has before it Defendants' Motion to Amend Taxing of Bill of Costs (Dkt. 48). Defendants ask the Court to amend to its earlier order and include fees for items Defendants failed to include in their initial tax bill because of a clerical error. Regardless of why the items were left off the initial bill, the Court will not amend its earlier order. The Court cannot tax the opposing party for Pacer Service Center: Court Fees or for filing fees for the U.S. Bankruptcy Court in another district. Accordingly, the motion will be denied.

**ORDER - 1**

# ORDER

**IT IS ORDERED:**

1. Defendants' Motion to Amend Taxing of Bill of Costs (Dkt. 48) is **DENIED**.

DATED: September 10, 2014

B. Lynn Winmill
Chief Judge
United States District Court